**Order entered September 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**Nos. 05-20-00627-CV,**
**05-20-00628-CV**

**IN RE GBENGA M. FUNMILAYO, Relator**

**Original Proceeding from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause Nos. 007-02520-2019, 007-01076-2020**

**ORDER**
Chief Justice Burns, Justice Osborne, and Justice Reichek

Before the Court is relator's July 13, 2020 amended petition for writ of mandamus. In the petition, relator complains of the trial court's refusal to approve his supersedeas bond and refusal to hold a hearing on his motion to dissolve the writ of garnishment. We request a response, if any, from real parties in interest and respondent by **September 21, 2020**.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE